IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-3687

STEPHEN GORSHOW,

    Plaintiff,

v.

EQHEALTH SOLUTIONS;
INDIVIDUAL DEFENDANT GLEN J. GOLEMI;
INDIVIDUAL DEFENDANT DR. RON RITCHEY;
INDIVIDUAL DEFENDANT HEATHER WICKER;
INDIVIDUAL DEFENDANT CHRISTINE GATLIN;
INDIVIDUAL DEFENDANT KATHERINE DENNEY;
INDIVIDUAL DEFENDANT KATRINA FEYINTOLA;
INDIVIDUAL DEFENDANT JOHN DOE; and
INDIVIDUAL DEFENDANT JANE DOE,

    Defendants.

## DEFENDANT'S NOTICE OF REMOVAL

Defendants eQHealth Solutions, Glen J. Golemi, Dr. Ron Ritchey, Heather Wicker, and Christine Gatlin, by and through their counsel Andrew D. Ringel, Esq. of Hall & Evans, L.L.C., and Katherine Denney and Katrina Feyintola, by and through their counsel Jennifer H. Hunt and Amy Colony, Senior Assistant Attorneys General, hereby give notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCiv.R. 81.1, and respectfully submit this Notice of Removal, as follows:

    1.    Plaintiff Stephen Gorshow filed his Verified Complaint and Jury Demand ("Complaint") on November 13, 2020, in the District Court, City and County of Denver,

State of Colorado, Case No. 2020CV33867. Plaintiff's Complaint attempts the following claims: (1) Disability Discrimination in Violation of the Americans With Disabilities Act, 42 U.S.C. §§ 12101 *et seq.*; (2) Disability Discrimination in Violation of the Colorado Anti-Discrimination Act, C.R.S. §§ 24-34-401 *et seq.*; (3) Unlawful Interference With Existing Contact and Prospective Economic Advantage in Violation of 42 U.S.C. § 1983; (4) Wrongful Harassment Resulting in Forced Termination in Violation of Public Policy of the State of Colorado; (5) Promissory Estoppel; (6) Conspiracy; and (7) Violation of Plaintiff's Rights Under the First, Fifth, and Fourteenth Amendments to the United States Constitution.

2. Plaintiff's First, Third and Seventh Claims raise federal questions so this Court possesses federal question jurisdiction over those claims pursuant to 28 U.S.C. § 1331. Plaintiff's remaining claims arise out of the same common facts and this Court possesses supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367.

3. A Summons, Complaint, and District Court Civil Case Cover Sheet for Initial Pleading of Complaint was served on Defendant eQHealth Solutions on November 18, 2020. The remaining Defendants were served later. This Notice of Removal, therefore, is filed with this Court within 30 days after the first receipt by a Defendant of the Summons and Complaint in the state court action.

4. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders from the District Court, City and County of Denver, State of Colorado are attached. These include the following: (1) Verified Complaint and Jury Demand (Exhibit A); (2) District Court Civil Summons to Individual Defendant Katherine Denney (Exhibit B); (3)

District Court Civil Summons to Individual Defendant Katrine Feyintola (Exhibit C); (4) District Court Civil Summons to Individual Defendant Dr. Ron Ritchey (Exhibit D); (5) District Court Civil Summons to eQHealth Solutions (Exhibit E); (6) District Court Civil Summons to Individual Defendant Christine Gatlin (Exhibit F); (7) District Court Civil Summons to Individual Defendant Glen J. Golemi (Exhibit G); (8) District Court Civil Summons to Individual Defendant Heather Wicker (Exhibit H); (9) Delay Reduction Order (Exhibit I); (10) District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third-Party Complaint and Jury Demand (Exhibit J); (11) Affidavit of Service on eQHealth Solutions (Exhibit K); (12) Waiver and Acceptance of Service for Defendants eQHealth Solutions, Glen J. Golemi, Dr. Ron Ritchey, Heather Wicker and Christine Gatlin (Exhibit L); (13) Unopposed Motion for Extension of Time to Respond to the Plaintiff's Verified Complaint and Jury Demand from Defendant eQHealth Solutions (Exhibit M); (14) Order Granting Unopposed Motion for Extension of Time to Respond to the Plaintiff's Verified Complaint and Jury Demand from Defendant eQHealth Solutions (Exhibit N); (15) Affidavit of Service on Defendant Katrina Feyintola (Exhibit O); and (16) Waiver and Acceptance of Service from Defendants Katherine Denney and Katrina Feyintola (Exhibit P).  Neither a trial nor any hearings in this matter have been set before the District Court, City and County of Denver, State of Colorado.

5. Defendants have complied with all the requirements of 28 U.S.C. § 1446 and D.C.Colo.LCiv.R 81.1.

4. All Defendants who have been specifically named, not including the John Doe and Jane Doe Defendants, jointly file this Notice of Removal and thereby have consented to the removal.

5. A copy of this Notice of Removal has been filed with the Clerk of the District Court, City and County of Denver, State of Colorado as specified on the attached Certificate of Filing and Service.

6. A copy of the Notice of Filing of Notice of Removal which has been filed with the District Court, City and County of Denver, State of Colorado is attached (Exhibit Q).

7. Plaintiff requests a jury trial in his Complaint.

WHEREFORE, for all the foregoing reasons, Defendants eQHealth Solutions, Glen J. Golemi, Dr. Ron Ritchey, Heather Wicker, Christine Gatlin, Katherine Denney, and Katrina Feyintola respectfully request that this case be removed from the District Court, City and County of Denver, State of Colorado, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendants be afforded such further relief as this Court deems just and appropriate.

Dated this 17th day of December, 2020.

Respectfully submitted,

s/ Andrew D. Ringel                .
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel:  (303) 628-3300
Fax:  (303) 628-3368
Email:  ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS EQHEALTH SOLUTIONS, GLEN J. GOLEMI, DR. RON RITCHEY, HEATHER WICKER, AND CHRISTINE GATLIN**

PHILIP J. WEISER
Attorney General

s/ *Jennifer H. Hunt*                .
Jennifer H. Hunt*
Amy Colony*
Senior Assistant Attorneys General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Tel:  (720) 508-6000
Jennifer.hunt@coag.gov
Amy.colony@coag.gov

*Counsel of Record

**ATTORNEYS FOR DEFENDANTS KATHERINE DENNEY AND KATRINA FEYINTOLA**

5

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 17th day of December, 2020, a true and correct copy of the foregoing was filed by CM/ECF and was served on the following parties as specified:

John W. McKendree, Esq.
jwm@mckendreelaw.com

Jennifer H. Hunt, Esq.
Jennifer.hunt@coag.gov

And was filed with the Clerk, District Court, City and County of Denver, Colorado via electronic filing

s/ Nicole Marion          .
Legal Assistant
Hall & Evans, L.L.C.

6