IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03687-WJM-KLM

STEPHEN GORSHOW

    Plaintiff,

v.

EQHEALTH SOLUTIONS,
GLEN J. GOLEMI,
DR. RON RITCHEY,
HEATHER WICKER,
CHRISTINE GATLIN,
KATHERINE DENNEY, and
KATRINA FEYINTOLA,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the [76] Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment entered by Judge William J. Martínez on August 2, 2022, and incorporated herein by reference as if fully set forth, it is

ORDERED that this Court declines to continue to exercise its supplemental jurisdiction over Plaintiff's remaining state law claims, thus, all claims are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that judgment is hereby entered in favor of EQHS and against Plaintiff on Plaintiff's disability discrimination claim brought under the ADA, 42 U.S.C. §§ 12101, *et seq*. It is further

ORDERED that judgment is hereby entered in favor of Defendants Denney and Feyintola and against Plaintiff on Claim Six in conformity with this Court's September 23, 2021 Order [54]. It is further

ORDERED that Defendants shall have their costs, upon compliance with D.C.COLO.LCivR 54.1.

This case is closed.

DATED at Denver, Colorado this 2nd day of August, 2022.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: <u>s/H. Guerra</u>
    H. Guerra, Deputy Clerk