*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.***

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Rev. (10/01/2020)

# BILL OF COSTS

**United States District Court**

DISTRICT: **DISTRICT OF COLORADO**

STEPHEN GORSHOW
v.
EQHEALTH SOLUTIONS, ET AL.

DOCKET NO.: 1:20-cv-03687-WJM-KLM
CASE NO.:

Judgment having been entered in the above entitled action on **August 2, 2022** against **Plaintiff** the clerk is requested to tax the following as costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $888.00 |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $5,513.50 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |
| **TOTAL** | **$6,401.50** |

*FILED UNITED STATES DISTRICT COURT DENVER, COLORADO September 12, JEFFREY P. COLWELL, CLERK*

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: s/Andrew D. Ringel
Print Name: Andrew D. Ringel
Phone Number: 303-628-3453
For: EQHEALTH SOLUTIONS, INC., Golemi, Richey, Wicker and Gatlin Defendants
Name of Claiming Party
Date: August 16, 2022

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:

Date and Time: **VACATED** September 13, 2022 - 9:30 a.m.; Andrew Ringel - 303-628-3414; John McKendree - 303-931-4577

Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed $ **$6,401.50**

(BY) DEPUTY CLERK **s/Ashley V. Sheehan**

CLERK OF COURT
JEFFREY P. COLWELL

DATE: **September 12, 2022**

**Clerk's note: Costs awarded pursuant to the parties' Stipulation, Docket no. 80. Accordingly, the hearing set for September 13, 2022 is VACATED.**